## Case Information

**Local Case Number:** 2026-085003-SP-21

**Filing Date:** 06/29/2026

**Case Type:** SP Other Negligence (Up to $5,000)

**State Case Number:** 132026SC08500301GE21

**Judicial Section:** ND 06 – North Dade 06 – Judge Harris, Ayana N

**Consolidated Case No.:**

**Case Style:** Shuntoria Leonard vs Equifax Information Services LLC

**Case Status:** OPEN

## Related Cases

No data available

## Hearing Details

**Hearing Date:** 08/06/2026

**Description:** Small Claims Pre-Trial Conference

**Hearing Time:** 9:00AM

**Hearing Location:** North Dade Justice Center Courtroom 2-7 15555 Biscayne Blvd

**Hearing Code:** SPPTC

## Parties

| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|
| Plaintiff | Leonard, Shuntoria | **B#:** 125159<br>Walters, Cortney E, ESQ | |
| Defendant | Equifax Information Services LLC | | |

## Dockets

| DIN | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| | 08/06/2026 | | Small Claims Pre-Trial Conference | Hearing | Scheduled by CITeS County Civil Small Claims Auto-Scheduler Job. |
| 8 | 07/06/2026 | | Electronic Summons Email Notification Sent | Event | Cortney Elizabeth Walters |
| | 07/06/2026 | | SP Pre Trial Summons Issued | Service | |
| 7 | 07/06/2026 | | EPre Trial Summons Issued | Event | Re: Index # 5. |
| 6 | 07/03/2026 | | Receipt: | Event | Receipt#:3100264 Amt Paid:$10.00 Name:WALTERS, CORTNEY E, ESQ THE LAW OFFICE OF CORTNEY E. WALTERS, PLLC 2719 HO HOLLYWOOD FL 33020 Comment: Allocation Code Quantity Unit Amount 2139-Summons Issue Fee 1 $10.00 $10.00 Tender Type:eFilings Tender Amt:$10.00 Receipt Date:07/03/2026 Register#:310 Cashier:EFilingUser EFiling #:251643052 |
| 5 | 07/01/2026 | | EPre Trial Summons Received | Event | |
| 4 | 06/30/2026 | | Receipt: | Event | Receipt#:3200277 Amt Paid:$175.00 Name:WALTERS, CORTNEY E, ESQ THE LAW OFFICE OF CORTNEY E. WALTERS, PLLC 2719 HO HOLLYWOOD FL 33020 Comment: Allocation Code Quantity Unit Amount 2100-County Filing Fee 1 $175.00 $175.00 Tender Type:eFilings Tender Amt:$175.00 Receipt Date:06/30/2026 Register#:320 Cashier:EFilingUser EFiling #:251393960 |
| 2 | 06/29/2026 | | Statement of Claim | Event | |
| 1 | 06/29/2026 | | Civil Cover Sheet - Claim Amount | Event | |